**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Lynette Ford | : | |
| | : | |
| Debtor | : | Bankruptcy No. 17-17566 |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely

file the documents required by the order dated 11/07/2017 and this case is

hereby DISMISSED.

November 28, 2017

_Magdeline D. Coleman_
_____
Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents:
    Matrix List of Creditors
    Certification Concerning Credit Counseling
    and/or Certificate of Credit Counseling
    Chapter 13 Plan
    Chapter 13 Statement of Your Current Monthly Income
    and Calculation of Commitment Period Form 122C-1
    Means Test Calculation Form 122C-2
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities Form B106