Certificate Number: 03088-PAE-DE-030255182

Bankruptcy Case Number: 17-17566



03088-PAE-DE-030255182

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 4, 2017, at 7:17 o'clock AM CST, Lynette Ford completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 4, 2017           By:    /s/Susan D. Gann

                                   Name:  Susan D. Gann

                                   Title: Counselor